## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MITSUBISHI MOTORS NORTH AMERICA INC., <br><br> Plaintiff(s), <br><br> v. <br><br> CASCADE CHRYSLER INC., <br><br> Defendant(s). | CASE NO. C24-02121 <br><br> ORDER |

The parties request an additional stay of 60 days to continue settlement negotiations. Dkt. No. 18. For good cause shown, the Court CONTINUES the stay in this case and ORDERS the parties to submit a joint status report by **July 18, 2025**, apprising the Court of the status of the case.

Dated this 20th day of May, 2025.

*Kymberly K. Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER - 1